**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA**

Ralph Ruiz Rivera, *also known as*
Rafael Ruiz Rivera

    Plaintiff

v.

United Seating And Mobility, LLC,
*doing business as* Numotion,

    Defendant

_____/

Case Number: _____

Division     : _____

## COMPLAINT

Plaintiff, Ralph Ruiz Rivera, *also known as* Rafael Ruiz Rivera, hereby sues Defendant, United Seating And Mobility, LLC, *doing business as* Numotion, and alleges:

### General Allegations

1. This is an action for damages for a sum within the jurisdictional limits of this Court, to wit in excess of Thirty Thousand Dollars ($30,000.00), exclusive of interest, costs and attorney's fees.

2. At all times material hereto, Plaintiff, Ralph Ruiz Rivera, *also known as* Rafael Ruiz Rivera, resided and continues to reside in Hillsborough County, Florida.

3. At all times material hereto, Defendant, United Seating And Mobility, LLC, was and continues to be a Florida Foreign Limited Liability Company.

4. At all times material hereto, Defendant, United Seating And Mobility, LLC, did and continues to do business under the fictitious name: "Numotion".

5. At all times material hereto, Defendant, United Seating And Mobility, LLC, had and continues to have an office for the transaction of its customary business in Hillsborough County, Florida.

6. At all times material hereto, Defendant, United Seating And Mobility, LLC, had and continues to have an agent or other representative in Hillsborough County, Florida.

7. At all times material hereto and by information and belief, Defendant, United Seating And Mobility, LLC, employed a wheelchair repair technician to repair and/or service Plaintiff's Permobil 300 HD power wheelchair.

8. At all times material hereto, Plaintiff's reference to a "middle drive wheel" means the large wheel that is located between two (2) caster wheels on Plaintiff's Permobil 300 HD power wheelchair; the direction of "left" refers to the wheelchair's operator's left side while facing forward.

9. The cause of action accrued in Hillsborough County, Florida.

10. Jurisdiction is proper pursuant to Section 26.012 (2)(a), Florida Statutes.

11. Venue is proper pursuant to Section 47.051, Florida Statutes.

## Facts In Support Of Claim

12. Plaintiff hereby reiterates all of the previously stated allegations as if fully and originally set forth herein.

13. At all times material hereto, Plaintiff owned and continues to own a Permobil 300 HD power wheelchair.

14. Because Plaintiff's power wheelchair started making a thumping noise when he drove it, Plaintiff on or about July 2 or 3, 2018 retained, hired, and/or employed Defendant, United Seating And Mobility, LLC, to inspect and repair his Permobil 300 HD power wheelchair.

15. On or about July 3 or 5, 2018, Defendant, United Seating And Mobility, LLC's service manager (who Plaintiff believes was Steven Darpino) inspected Plaintiff's Permobil 300 HD power wheelchair and verbally informed Plaintiff that his power wheelchair required two (2) new drive wheels and four (4) caster wheels and that he would have a service technician replace the drive wheels and castor wheels on July 6, 2018.

16. On or about July 6, 2018, Defendant, United Seating & Mobility, LLC's wheelchair service technician replaced the drive wheels and caster wheels on Plaintiff's power wheelchair; the wheelchair service technician completed this repair on Plaintiff's power wheelchair under Plaintiff's carport which is and continues to be located at or near Plaintiff's residence, 205 Andover Place North, #108, Sun City Center, Hillsborough County, Florida 33573.

17. On or about July 7, 2018 as Plaintiff drove his Permobil HD300 motorized wheelchair down a cement sidewalk that extends from his condominium to his carport, the left middle drive wheel of Plaintiff's Permobil 300 HD power wheelchair detached, suddenly and without warning to Plaintiff, causing Plaintiff to fall out of the power wheelchair head first onto a cement sidewalk.

18. Plaintiff contends that on or about July 6, 2018 Defendant, United Seating And Mobility, LLC's wheelchair service technician negligently repaired Plaintiff's Permobil 300 HD power wheelchair; to wit, Defendant's wheelchair service technician negligently failed or neglected to properly attach the left middle drive wheel to Plaintiff's Permobil 300 HD power wheelchair.

19. Plaintiff contends that on or about July 6, 2018, Defendant, United Seating And Mobility,

LLC's wheelchair service technician negligently failed or neglected to properly tighten or torque the four (4) bolts that connected the left middle drive wheel to Plaintiff's Permobil 300 HD power wheelchair causing two (2) of the bolts to become dislodged, two (2) bolts to break, and the left middle drive wheel to detach from the Permobil 300 HD power wheelchair suddenly and without any warning to Plaintiff.

20. Defendant, United Seating And Mobility, LLC's wheelchair service technician, knew or should have known that his failure to properly tighten or torque the four (4) bolts that connected the left middle drive wheel to Plaintiff's Permobil 300 HD power wheelchair would cause the left middle drive wheel to detach from the Permobil 300 HD power wheelchair and cause Plaintiff to fall from the wheelchair and suffer personal injury.

21. In the alternative, Plaintiff contends that on or about July 6, 2018, Defendant, United Seating And Mobility, LLC's wheelchair service technician negligently used three (3) bolts, rather than the required four (4) bolts, to connect the left middle drive wheel to Plaintiff's Permobil 300 HD power wheelchair causing one (1) of the bolts to become dislodged, two (2) bolts to break, and the left middle drive wheel to detach from the Permobil 300 HD power wheelchair suddenly and without any warning to Plaintiff.

22. Defendant, United Seating And Mobility, LLC's wheelchair service technician, knew or should have known that his negligent use of three (3) bolts, rather than the required four (4) bolts, to connect the left middle drive wheel to Plaintiff's Permobil 300 HD power wheelchair would cause the left middle drive wheel to detach from the Permobil 300 HD power wheelchair and cause Plaintiff to fall from the wheelchair and suffer personal injury.

23. In the second alternative, Plaintiff contends that on or about July 6, 2018, Defendant, United Seating And Mobility, LLC's wheelchair service technician not only negligently used three (3) bolts, rather than the required four (4) bolts, to connect the left middle drive wheel to Plaintiff's Permobil HD300 motorized wheelchair, but also he negligently failed or neglected to properly tighten or torque the aforesaid three (3) bolts; the wheelchair service technician's combined negligent acts caused one (1) bolt to become dislodged, two (2) bolts to break, and the left middle drive wheel to detach from the Permobil 300 HD power wheelchair suddenly and without any warning to Plaintiff.

24. Defendant, United Seating And Mobility, LLC's wheelchair service technician, knew or should have known that his negligent use of only three (3) bolts to connect the left middle drive wheel to Plaintiff's Permobil 300 powered wheelchair combined with his negligent failure or neglect to correctly tightened or torqued those bolts would cause the left middle drive wheel to detach from the Permobil 300 HD power wheelchair and cause Plaintiff to fall from the wheelchair and suffer personal injury.

25. At all times material hereto, Defendant, United Seating And Mobility, LLC's wheelchair service technician's above-described negligent repair or attachment of the left middle drive wheel to Plaintiff's Permobil 300 HD power wheelchair created a latent dangerous condition that was not apparent by use of Plaintiff's ordinary senses from a casual observation of the power wheelchair at issue.

26. At all times material hereto, Defendant, United Seating And Mobility, LLC's wheelchair

service technician's above-described negligent repair or attachment of the left middle drive wheel to Plaintiff's Permobil 300 HD power wheelchair created a latent dangerous condition that was hidden from Plaintiff's knowledge as well as from Plaintiff's sight, and was not discoverable by the exercise of reasonable care.

27. As a result of Defendant, United Seating And Mobility, LLC's wheelchair service technician's negligence, Plaintiff, Ralph Ruiz Rivera, *also known as* Rafael Ruiz Rivera, suffered pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of the ability to earn money, and the aggravation of previously existing conditions. These losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

### Vicarious Liability Of United Seating And Mobility, LLC

28. Plaintiff hereby reiterates all of the previously stated allegations as if fully and originally set forth herein.

29. At all times material hereto, Defendant, United Seating And Mobility, LLC, held and continues to hold itself out to the public as a merchant of mobility equipment to assist walking or otherwise improve the mobility of people with a mobility impairment.

30. At all times material hereto, Defendant, United Seating And Mobility, LLC, held and continues to hold itself out to the public as a merchant of parts needed for the repair of mobility equipment.

31. At all times material hereto, Defendant, United Seating And Mobility, LLC, held and continues to hold itself out to the public as a service company for the maintenance and repair of mobility equipment.

32. At all times material hereto, Defendant, United Seating And Mobility, LLC, has employed and continues to employ technicians who have the required education and skill to maintain, service, and repair power wheelchairs as well as other mobility equipment.

33. At all times material hereto, Defendant, United Seating And Mobility, LLC employed the service technician who repaired and/or replaced the middle drive wheels and caster wheels on Plaintiff's Permobil 300 HD power wheelchair.

34. At all times material hereto, Defendant's service technician was acting within the scope and course of his employment with Defendant, United Seating And Mobility, LLC, when he negligently replaced and/or serviced the left middle drive wheel of Plaintiff's Permobil 300 HD power wheelchair; therefore, Defendant, United Seating And Mobility, LLC, was and is vicariously liable for its service technician's negligence.

35. As a result of Defendant's service technician's negligence for which Defendant, United Seating And Mobility, LLC, is vicariously liable, Plaintiff, Ralph Ruiz Rivera, *also known as* Rafael Ruiz Rivera, suffered pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and

nursing care and treatment, loss of the ability to earn money, and the aggravation of previously existing conditions. These losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE,** Plaintiff, Ralph Ruiz Rivera, *also known as* Rafael Ruiz Rivera, demands judgment against Defendant, United Seating And Mobility, LLC, in an amount in excess of $30,000.00, together with costs and post judgment interest, and any other relief this Honorable Court deems just.

## DEMAND FOR JURY TRIAL

Plaintiff, Ralph Ruiz Rivera, *also known as* Rafael Ruiz Rivera, hereby demands trial by jury on all issues so triable.

**DATED THIS** 18th day of June, 2022.

Respectfully submitted,

*/s/ Anthony Britt*

Anthony Britt, Esquire
FBN: 746606
Anthony Britt, P.A.
1381 Oakfield Drive
Brandon, FL 33511
813/655-6363
e-mail: margaretbritt@tampabay.rr.com
Attorney for Plaintiff